D. John McKay, Esq.
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, Alaska 99501
Phone: (907) 350-5239
Fax:   (907) 272-5646
Alaska Bar No. 7811117
mckay@alaska.net
Attorney for Morris Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA KOONCE,<br><br>    Plaintiff,<br><br>v.<br><br>MORRIS COMMUNICATIONS COMPANY, LLC, and MORRIS PUBLISHING GROUP, LLC,<br><br>    Defendants. | Case No. 3:17-cv-00072-TMB<br><br>**NOTICE OF REMOVAL<br>FROM STATE COURT** |

Defendants Morris Communications Company, LLC, and Morris Publishing Group, LLC (collectively, "Morris Defendants"), hereby give notice of the removal of the above-entitled case from the Superior Court for the Third Judicial District of Alaska to the United States District Court for the District of Alaska, pursuant to 28 U.S.C. §§1441(b) and 1446, as authorized by 28 U.S.C. 1332, and in support thereof aver as follows:

  1. On February 23, 2017, an action was commenced in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, by Rebecca Koonce (herein, "Plaintiff" or "Koonce") against Morris Defendants, captioned *Koonce v. Morris Communications Company, LLC, et al.*, and docketed as Case No. 3AN-17-05042 CI (hereinafter "State Court Proceeding").

True and correct copies of the Plaintiff's Summons and Complaint filed in the State Court Proceeding are attached hereto as Exhibit A.

2. Defendant Morris Communications Company, LLC, was served with this complaint on March 2, 2017. Defendant Morris Publishing Group, LLC, was served with this complaint on March 3, 2017. True and correct copies of notices of the aforementioned service of process are attached hereto as Exhibit B.

3. No Answer, or other pleading by either party, has been filed in the State Court Proceedings. A copy of the state court's docket sheet, as reflected in Alaska CourtView, is attached as Exhibit C. The parties have agreed, through counsel, that no Answer to Plaintiff's Complaint shall be due before April 6, 2017.

4. Upon information and belief, and as reflected in the Complaint, Plaintiff Rebecca Koonce is a resident of Alaska, and was at the commencement of this litigation, and remains, a citizen of Alaska.

5. As reflected in the Complaint, Defendants are citizens of the State of Georgia. More specifically, as stated in the Affidavit of Terry House, attached hereto as Exhibit D, both defendants are Georgia limited liability companies, and each have their principal place of business in Augusta, Georgia.

6. The civil suit initiated in the aforementioned State Court Proceeding is a matter over which the United States District Court for the District of Alaska has jurisdiction, pursuant to 28 U.S.C. § 1332.

7. The amount in controversy, as stated in paragraph A of the Prayer for Relief in Plaintiff's Complaint, is in excess of $100,000.

*Koonce v. Morris Communications Company, LLC, et al.*, Case No. 3:17-cv-00072-TMB
*Notice to Federal Court of Removal from State Court* Page 2 of 3

Case 3:17-cv-00072-TMB   Document 1   Filed 04/03/17   Page 2 of 3

8. There are no other Defendants in this matter, and therefore no other parties whose consent to removal is needed.

9. Attached as Exhibit E hereto is a copy of the Notice to the State Court of Removal, filed pursuant to 28 U.S.C. §1446(d) (without an additional copy of this document attached as an exhibit thereto).

WHEREFORE, in accordance with the foregoing, Morris Defendants give notice of their removal to this court of the above-captioned action from the Superior Court for the Third Judicial District at Anchorage.

Dated at Anchorage, Alaska, this __3rd__ day of April, 2017.

LAW OFFICES OF D. JOHN MCKAY
Attorney for Morris Defendants

By: /s/ D. John McKay
_____
D. John McKay

**Certificate of Service**

The undersigned certifies that on the __3rd__ of April, 2017,
a true and correct copy of this document was served upon
counsel for Plaintiff electronically via the ECF system as
indicated on the Notice of Electronic Filing:

Jeffrey W. Robinson
Alaska Bar #0805038
Ashburn & Mason, P.C.
1227 W. 9th Ave., Suite 200
Anchorage, AK 99501

s/D. John McKay, ABA #7811117

*Koonce v. Morris Communications Company, LLC, et al.*, Case No. 3:17-cv-00072-TMB
*Notice to Federal Court of Removal from State Court*                                    Page 3 of 3