Jeffrey W. Robinson
Ashburn & Mason, P.C.
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-4331
Fax: (907) 277-8235
E-mail: jeffrey@anchorlaw.com

Attorney for Plaintiff Rebecca Koonce

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA KOONCE,<br><br>    Plaintiff,<br><br>  v.<br><br>MORRIS COMMUNICATIONS COMPANY, LLC and MORRIS PUBLISHING GROUP, LLC,<br><br>    Defendants. | Case No.: 3:17-cv-00072-TMB |

## STIPULATION TO AMEND CAPTION
## AND DISMISS ORIGINALLY NAMED DEFENDANTS

The parties, by and through counsel, hereby stipulate to amend the caption in this matter to reflect the Defendant's name as Southeastern Newspapers Company, LLC.

The parties further stipulate that the originally named defendants, Morris Communications Company, LLC, and Morris Publishing Group, LLC shall be dismissed from this action.

The new caption, to be used after approval of this stipulation, shall be as follows:

| | |
|---|---|
| REBECCA KOONCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SOUTHEASTERN NEWSPAPERS ) | Case No.: 3:17-cv-00072-TMB |
| COMPANY, LLC, ) | |
| ) | |
| Defendant. ) | |

An appropriate order is filed herewith.

                                              ASHBURN & MASON, P.C.
                                              Attorneys for Plaintiff

DATED: _____  By:  s/ Jeffrey W. Robinson
                                                       JEFFREY W. ROBINSON
                                                       Alaska Bar No. 0805038

                                              LAW OFFICE OF D. JOHN McKAY
                                              Attorneys for Defendant

DATED: _____  By:  s/ D. John McKay
                                                       D. JOHN McKAY
                                                     Alaska Bar No. 7811117