D. John McKay, Esq.
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, Alaska  99501
Phone:  (907) 350-5239
Fax:     (907) 272-5646
Alaska Bar No. 7811117
mckay@alaska.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REBECCA KOONCE,<br><br>           Plaintiff,<br><br>v.<br><br>SOUTHEASTERN NEWSPAPERS COMPANY, LLC,<br><br>           Defendant. | Case No. 3:17-cv-00072-TMB<br><br>**STIPULATION TO DISMISSAL<br>WITH PREJUDICE**<br><br>[F.R.Civ.Pro. 41(a)(1)(A)(ii)] |

Plaintiff Rebecca Koonce and Defendant Southeastern Newspapers Company, LLC, by and through their respective undersigned counsel, hereby stipulate in accordance with F.R.Civ.Pro. 41(a)(1)(A)(ii) to dismissal with prejudice of the above-captioned matter, with each party to bear its own costs and fees.

Dated at Anchorage, Alaska, this   27th   day of June, 2017.

                        ASHBURN & MASON, P.C.
                        Attorneys for Plaintiff Rebecca Koonce


            By:     s/ Jeffrey W. Robinson
                        Jeffrey W. Robinson
                        Alaska Bar No. 0805038

Dated at Anchorage, Alaska, this  27th   day of June, 2017.

                                      LAW OFFICES OF D. JOHN MCKAY
                                      Attorney for Defendant
                                        Southeastern Newspapers Company, LLC

By:    s/ D. John McKay
        D. John McKay
        AK Bar No. 7811117

**Certificate of Service**

The undersigned certifies that on the  27th   of June, 2017, a true and correct copy of this document was served upon counsel for Plaintiff electronically via the ECF system as indicated on the Notice of Electronic Filing:

Jeffrey W. Robinson
Alaska Bar #0805038
Ashburn & Mason, P.C.
1227 W. 9th Ave., Suite 200
Anchorage, AK  99501

s/D. John McKay, ABA #7811117

*Koonce v. Southeastern Newspapers Company, LLC, et al.*, Case No. 3:17-cv-00072-TMB
Stipulation to Dismissal With Prejudice                         *Page* 2 of 2